IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BRUCE POND, et al., )
  )
  Plaintiffs, )
  )
v. ) No. 05-2031 Ml/P
  )
ANDREW OBERLE, et al., )
  )
  Defendants. )
  )

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on March 17, 2005 by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.  The non-jury trial in this matter, which is anticipated to last four to five (4-5) days, is set to begin Monday, January 23, 2006 at 9:30 a.m. in courtroom no. 4.

2.  A pretrial conference is set for Friday, January 13, 2006 at 9:00 a.m.

3.  The joint pretrial order is due by no later than 4:30 p.m. on January 6, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __19__ day of April, 2005.

                                                JON PHIPPS McCALLA
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02031 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Patrick B. Mason
THE MASON LAW FIRM, P.C.
4715 Spottswood Ave.
Memphis, TN 38117--481

Monroe S. David
DAVID LAW FIRM
7204 Skidmore Cove
Memphis, TN 38119--890

Daniel C. Shumake
THE MASON LAW FIRM
4715 Spottswood Aveune
Memphis, TN 38117

Honorable Jon McCalla
US DISTRICT COURT