IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 11 AM 10: 46
ROBERT R. ___ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| BRUCE POND, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 05-2031 Ml/P |
| ANDREW OBERLE, et al., ) | |
| Defendants. ) | |

ORDER WITHDRAWING ORDER SETTING TRIAL DATES
AND SETTING LETTER

This case having been remanded to the Chancery Court of Shelby County for further proceedings, it is hereby ORDERED that the Order Setting Trial and Pretrial Dates and Notice of Setting entered April 21, 2005, are WITHDRAWN.

IT IS SO ORDERED this __10__ day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5-12-05__

16

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02031 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Daniel C. Shumake
THE MASON LAW FIRM
4715 Spottswood Aveune
Memphis, TN 38117

Patrick B. Mason
THE MASON LAW FIRM, P.C.
4715 Spottswood Ave.
Memphis, TN 38117--481

Monroe S. David
DAVID LAW FIRM
7204 Skidmore Cove
Memphis, TN 38119--890

Honorable Jon McCalla
US DISTRICT COURT