IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BELTANA TRANSPORT, and BRUCE E. POND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-2031 Ml/P |
| ANDREW OBERLE and BELTANA TRANSPORT, LLC, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER TO SHOW CAUSE**

Before the Court is Plaintiffs' Motion for Clarification, filed July 1, 2005. On March 22, 2005, the Court granted Plaintiffs' motion to remand this case to the Chancery Court of Shelby County and for attorney's fees and costs related to the motion to remand. Documents submitted along with Plaintiffs' motion indicate that Plaintiffs' attempts to reach an agreement with Defendants regarding the amount of attorney's fees due under the Court's order have been unsuccessful. Accordingly, Defendants are hereby ORDERED to SHOW CAUSE within ten (10) days from the date of entry of this order why the Court should not award to Plaintiffs attorney's fees in the amount of $5,480.75 and costs of $190, plus

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-13-05

an additional amount for costs and attorney's fees in connection with the instant motion.[1]

SO ORDERED this _13_ day of July, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] To comply with this Order, Defendants must file a written response to Plaintiffs' motion.

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02031 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Monroe S. David
DAVID LAW FIRM
7204 Skidmore Cove
Memphis, TN 38119--890

Patrick B. Mason
THE MASON LAW FIRM, P.C.
4715 Spottswood Ave.
Memphis, TN 38117--481

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Daniel C. Shumake
THE MASON LAW FIRM
4715 Spottswood Aveune
Memphis, TN 38117

Honorable Jon McCalla
US DISTRICT COURT